# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3971EM

_____

DeWolff, Boberg & Associates, Inc.    *
                                      *
            Appellant,                *
                                      *
     v.                               *
                                      *
Chrysler Corporation,                 *
                                      *
            Appellee.                 *
                                        Appeals from the United States
_____                         District Court for the Eastern
                                        District of Missouri.
No. 97-4104EM
_____                         [UNPUBLISHED]

DeWolff, Boberg & Associates, Inc.,   *
                                      *
            Appellee,                 *
                                      *
     v.                               *
                                      *
Chrysler Corporation,                 *
                                      *
            Appellant.                *

_____

Submitted:  November 19, 1998
Filed:  November 27, 1998

_____

Before RICHARD S. ARNOLD, FAGG, and HALL,[*] Circuit Judges.
_____

PER CURIAM.

The court has considered the briefs and heard oral arguments in this diversity-based breach of contract action. Chrysler Corporation raises several contentions about instructions, admissibility of evidence, and post-trial rulings deemed adverse to Chrysler. DeWolff, Boberg & Associates, Inc. contend the district court improperly refused its request for prejudgment interest. The parties' arguments have been carefully analyzed and considered. We have reviewed de novo questions of state law. Having reviewed the record in the context of the parties' arguments, we find the record supports the district court's decisions. Because our review involves the application of established principles of law in a fact-intensive diversity case, and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful precedential purpose. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[*]The Honorable Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit, sitting by designation.

-2-